IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 01-50366
_____


In The Matter Of: ODIS D. JENKINS; CLARICE G. JENKINS,

Debtors.

ODIS D. JENKINS; CLARICE G. JENKINS,

Appellants,

versus

CAPITAL CONSULTANTS MANAGEMENT CORPORATION; RANDALL C.
JACKSON; ROSEMARY JACKSON; REDLAND SPRINGS ASSOCIATION, INC.,

Appellees.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-00-CV-536
_____
February 11, 2002
Before GARWOOD, JOLLY, and DAVIS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5TH CIR. R. 47.6.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.